HEATHER E. WILLIAMS, Bar No. 122664
Federal Defender
PHILIP ISSA, Bar No. 90007347 (District of Columbia)
Assistant Federal Defender
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710
*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>HAZEM AWAD,<br>Defendant. | Case No. 2:26-cr-00148-WBS<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS HEARING AND EXCLUDE TIME**<br><br>Date: Nov, 16, 2026<br>Time: 10:00 a.m.<br>Judge: Hon. William B. Shubb |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Eric Grant, through Assistant United States Attorney Adrian Kinsella, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Philip Issa, counsel for Defendant, that the previously scheduled status conference hearing set for November 16, 2026, be continued to **November 23, 2026, at 10:00 a.m.**

The parties specifically stipulate as follows:

1. Defendant's counsel is unavailable on November 16.
2. This is the first status conference in these proceedings, and a one-week continuance will prejudice neither the parties nor the interests of justice.
3. For the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (Speedy Trial Act), the parties request that the time period between November 16, 2026 and November 23, 2026, inclusive, be deemed excludable pursuant to 18 U.S.C. §

3161(h)(7)(B)(iv) (Local Code T4), because it would result from a continuance granted by the Court at the defense's request, based on a finding that the ends of justice served by granting the continuance outweighs the best interest of the public and the Defendant's interest in a speedy trial.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: November 2, 2026

*/s/ Philip Issa*
PHILIP ISSA
Assistant Federal Defender
*Attorneys for Defendant*

ERIC GRANT
United States Attorney

Date: November 2, 2026

*/s/ Adrian Kinsella*
Ross Pearson
Assistant United States Attorney
*Attorneys for Plaintiff*

**ORDER**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: November 2, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE